United States District Court
Southern District of Texas
**ENTERED**
October 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEVDORE KHATCHAPURIDZE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-169 |
| | § | |
| ALEJANDRO MAYORKAS *et al.* | § | |

**ORDER**

Pursuant to 18 U.S.C. § 3006A, Carlos M. García is hereby **APPOINTED** to represent Petitioner in connection with his Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (*see* Dkt. Nos. 1, 6). *See Adeleke v. United States*, 550 F. App'x 237, 239 (5th Cir. 2013) ("A court may appoint counsel 'for any financially eligible person who . . . is seeking relief under section 2241 . . . of title 28' when it 'determines that the interests of justice so require.'" (quoting § 3006A(a)(2)(B)). The interests of justice so require that Petitioner be appointed counsel given the nature and complexity of his claims. *Id.* Mr. García will be compensated under the Court's CJA plan.

Mr. García is **ORDERED** to review Petitioner's *pro se* petition. If he determines a supplemental petition is warranted, Mr. Garcia shall file it **no later than November 6, 2025**. The Clerk of Court is **DIRECTED** to serve copies of this appointment on:

Carlos M. García
García & García Attorneys at Law
PO Box 4545
McAllen, Texas 78502
cgarcia@garciagarcialaw.com

The Clerk shall provide a copy of this Order and Petitioner's Writ of Habeas Corpus

1

(Dkt. Nos. 1, 6) to Petitioner's appointed counsel by electronic mail and by certified mail, return receipt requested.

It is so **ORDERED**.

**SIGNED** October 24, 2025.

                                          Marina Garcia Marmolejo
                                          United States District Judge