Case 5:25-cv-00169   Document 20   Filed on 11/14/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEVDORE KHATCHAPURIDZE | § § | |
| VS. | § § § | CIVIL ACTION NO. 5:25-cv-169 |
| KRISTI NOEM *et al.* | § | |

**ORDER**

Before the Court is Respondents' Unopposed Motion to Extend Response Deadline from November 12, 2025 to November 17, 2025 (*see* Dkt. No. 19). Respondents claim good cause exists to extend the deadline "[d]ue to the complexity of the claims in the Petition" (Dkt. No. 19 at 2). They further allege that the extension is sought in good faith and not for delay (Dkt. No. 19 at 2). Notably, Petitioner is unopposed to Respondents' requested extension (Dkt. No. 19 at 3).

Respondents filed their motion on November 12, 2025—the same day their response was due (Dkt. Nos. 16 at 1; 19). Federal Rule of Civil Procedure 6(b)(1)(A) provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . before the original time or its extension expires." *See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings. The Undersigned imposes an additional requirement that extension motions "be filed at least THREE (3) business days prior to the date of the controlling deadline." J. Garcia Marmolejo Civ. Ct. P. 4(A) (emphasis omitted). Although Respondents did not adhere to the Undersigned's mandate, the Court nonetheless finds good cause to extend the deadline. The Court recognizes that the instant matter concerns nuanced immigration issues. Further, Respondents' sought a reasonable extension, as they only seek five additional days to

1

respond.

Accordingly, the Court **GRANTS** Respondents' Unopposed Motion to Extend Response Deadline from November 12, 2025 to November 17, 2025 (Dkt. No. 19). Respondents' must file a response and serve it on Petitioner by **November 17, 2025**. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

If Petitioner elects to file a reply, he may do so no later than **November 21, 2025**. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** November 14, 2025.

*[signature]*
Marina Garcia Marmolejo
United States District Judge