Case 5:25-cv-00169   Document 24   Filed 11/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEVDORE KHATCHAPURIDZE | § § | |
| VS. | § § | CIVIL ACTION NO. 5:25-cv-169 |
| KRISTI NOEM *et al.* | § | |

**ORDER REFERRING SHOW CAUSE HEARING**

On October 24, 2025, the Court ordered attorney Julia Lowenfeld to show cause in writing why she should not be sanctioned pursuant to the Court's inherent authority for her failure to obey a Court Order (*see* Dkt. No. 7). The Court afforded Ms. Lowenfeld until November 7, 2025, to file her written response and explain the situation that necessitated the show cause order (Dkt. No. 7 at 3). Ms. Lowenfeld was served the Court's order via certified mail, which she received (Dkt. Nos. 9, 13). **Despite ample time having passed, Ms. Lowenfeld has yet to respond.**

Rather than impose sanctions at this juncture, the Court will allow Ms. Lowenfeld one more chance to explain. Accordingly, this matter is **REFERRED** to United States Magistrate Judge Diana Song Quiroga for a show-cause hearing to determine whether Julia Lowenfeld should be sanctioned pursuant to the Court's inherent authority. Judge Song Quiroga shall submit a report and recommendation on the show-cause matter to this Court. 28 U.S.C. § 636(b)(1).

The Clerk of Court is **DIRECTED** to serve a copy of this Order on Ms. Lowenfeld via certified mail, return receipt requested, and electronic mail at:

1

Julia Lowenfeld
Lowenfeld Law Firm
1706 Sheepshead Bay Road
Brooklyn, New York 11235
lowenfeldlaw@gmail.com
office@lowenfeldlaw.com

**SIGNED** November 18, 2025.

_____
Marina Garcia Marmolejo
United States District Judge