United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TEVDORE KHATCHAPURIDZE, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>KRISTI NOEM, §<br>PAMELA BONDI, §<br>PATRICK J. LECHLEITER, §<br>MIGUEL VERGARA, §<br>WARDEN OF WEBB COUNTY §<br>DETENTION CENTER, §<br>MARIO GARCIA, §<br>and TODD LYONS, §<br>*Defendants.* § | Civil No. 5:25-cv-00169 |

# ORDER

Previously, the District Court ordered Julia Lowenfeld to apply for admission to the Southern District of Texas or to advise the Court that she does not represent the Petitioner in this case. Dkt. No. 4. When she failed to do so, Ms. Lowenfeld was ordered to who cause why she should not be sanctioned for failing to comply with a court order, which she also failed to do. Dkt. No. 7. The District Court then referred this matter to the undersigned to hold a show-cause hearing and issue a report and recommendation regarding whether Ms. Lowenfeld's failure to comply with court orders in this case warrants court-imposed sanctions. Dkt. No. 24; 28 U.S.C. § 636(b)(1).

Accordingly, Ms. Lowenfeld is **ORDERED** to attend a show-cause hearing on **December 5, 2025, at 11:15 a.m., by Zoom**. Zoom information will be provided prior to

the hearing. Counsel for the Government may attend the hearing but is not required to do so. The Clerk of Court is **DIRECTED** to serve a copy of this Order on Ms. Lowenfeld by any receipted means, and by electronic mail at:

> Julia Lowenfeld
> Lowenfeld Law Firm
> 1706 Sheepshead Bay Road
> Brooklyn, New York 11235
> lowenfeldlaw@gmail.com
> office@lowenfeldlaw.com

IT IS SO ORDERED

Signed this November 18, 2025, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge