UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TEVDORE KHATCHAPURIDZE, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>KRISTI NOEM, §<br>PAMELA BONDI, §<br>PATRICK J. LECHLEITER, §<br>MIGUEL VERGARA, §<br>TODD LYONS, §<br>and MARIO GARCIA, §<br>*Defendants.* § | Civil No. 5:25-cv-00169 |

# ORDER

Pursuant to the Referral Order of the District Judge, Dkt. No. 24, the Court previously ordered counsel Julia Lowenfeld to appear for a show cause hearing on December 5, 2025, by Zoom, regarding her previous representation of Plaintiff. Dkt. No. 26. Prior to the hearing, the Court received a declaration from Ms. Lowenfeld stating that she was unaware this case, and that her former legal assistant had filed it under her name and license and without her knowledge or permission. Dkt. No. 32. Due to the newly pronounced need for the Court to verify Ms. Lowenfeld's identity, the Court finds that an in-person hearing would be more appropriate. Accordingly, the hearing previously set for December 5, 2025, Dkt. No. 26, is **TERMINATED**. Rather, Ms. Lowenfeld is **ORDERED** to attend an in-person hearing on **January 15, 2026, at 2:00 p.m., in Courtroom 2B, Laredo, Texas**. Counsel for the parties is allowed to attend but is not required to do so.

Additionally, the Court reminds Ms. Lowenfeld of its procedures regarding contact with the Court. Namely, all substantive communications are to be electronically filed. S.D. Tex. L.R.

5.1.  In fact, the District Court has ordered Ms. Lowenfeld to electronically file her motions on multiple other occasions.  Dkt. Nos. 4, 7, 24.  To facilitate her compliance with these Orders, Ms. Lowenfeld is **ORDERED** to register for electronic filing in the Southern District of Texas.[1]  Once her registration is received, Attorney Admissions is **DIRECTED** to grant Ms. Lowenfeld electronic filing access, limited to Case No. 5:25-cv-169, for the purpose of addressing the Court's show cause orders, Dkt. Nos. 4, 7, 24, 26.  Further substantive communications with the Court are to be electronically filed pursuant to Local Rule 5.1.

The Clerk of Court is **DIRECTED** to serve a copy of this Order on Ms. Lowenfeld via mail by any receipted means, and by electronic mail at:

Julia Lowenfeld
Lowenfeld Law Firm
1706 Sheepshead Bay Road
Brooklyn, New York 11235
julia@lowenfeldlaw.com

IT IS SO ORDERED

Signed this December 4, 2025, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge

---

[1] Instructions to register for electronic filing in this District can be found at: *CM/ECF NextGen*, U.S. DIST. & BANKRUPTCY CT. S. DIST. TEX., https://www.txs.uscourts.gov/content/cmecf-nextgen (last visited Dec. 4, 2025). Limited electronic filing access for this case is authorized by this Order.