United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TEVDORE KHATCHAPURIDZE, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> KRISTI NOEM, § <br> PAMELA BONDI, § <br> PATRICK J. LECHLEITER, § <br> MIGUEL VERGARA, § <br> TODD LYONS, § <br> and MARIO GARCIA, § <br> *Defendants.* § <br> § | Civil No. 5:25-cv-00169 |

## ORDER

Plaintiff's counsel Julia Lowenfeld filed her Unopposed Motion to Appear Pro Hac Vice on January 11, 2026. Dkt. No. 42. In her motion, Ms. Lowenfeld included a letter to the Court requesting to appear remotely for the January 15 Show Cause Hearing. Dkt. No. 42-1 at 1–2. Because it was attached to her pro hac vice motion, the Court treats this letter as a motion to appear remotely. While the Court sympathizes with Ms. Lowenfeld's scheduling challenges, as explained in her letter, the Court trusts that Ms. Lowenfeld will be able to obtain coverage for her conflicting hearing in the coming days. Moreover, because the circumstances surrounding this hearing include issues of identity and professional responsibility, the Court needs to address this matter in person. Accordingly, Ms. Lowenfeld's request to appear remotely for the January 15 Show Cause Hearing is **DENIED**.

IT IS SO ORDERED

Signed this January 12, 2026, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge